# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| | |
|---|---|
| Case No. SACV 07-00834-JVS (MLGx) | Date February 5, 2008 |
| Title Pacific Bridge v. Daystar Promotions, et al. | |

Present: The Honorable   James V. Selna

| Karla J. Tunis | Not Present |
|---|---|
| Deputy Clerk | Court Reporter |

| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
|---|---|
| Not Present | Not Present |

**Proceedings:**   (In Chambers)   Order to Show Cause re Failure to Mediate

The parties and counsel are directed to show cause why the Court should not impose monetary, evidentiary, preclusion, and/or other sanctions for their failure to conduct the Court-ordered mediation by February 2, 2008.

Any written response to this Order to Show Cause shall be filed and served by February 21, 2008.  The Court will conduct a hearing on February 25, 2008 at 4:30 p.m.

A satisfactory response would be a joint report advising the Court of the results of a mediation which they have concluded.

                                                                                                0 : 00

Initials of Preparer   kjt